## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 99-194  (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT TAYLOR, | |
| Defendant. | |

John Docherty, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Lyonel Norris, Assistant Federal Public Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The Court held a revocation hearing on May 6, 2009. At the hearing in this matter, the defendant admitted to violating a standard condition of his supervised release, and the Court so found.

Based on the petition and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's conditions of supervision are modified to include the following special conditions:

> The defendant shall reside for a period of 120 days in a residential re-entry center or chemical dependency halfway house as approved by the probation officer and shall observe the rules of that facility. Appropriate mental health counseling should begin right away.

All previously imposed conditions of supervision shall remain in effect and the term of Supervised Release will continue until the original termination date.

DATED: May 6, 2009                              s/John R. Tunheim  
at Minneapolis, Minnesota.                     JOHN R. TUNHEIM  
                                               United States District Judge